UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL SCOTT DAVIS and ) 
STETSON MANSFIELD WEBSTER, )
                                               )
          Plaintiffs,                    )
                                               )          **JUDGMENT IN A CIVIL CASE**
vs.                                          )          **CASE NO. 5:25-CV-113-D**
                                               )
BRIAN RATLEDGE, JULIE BELL, )
JENNIFER BEDFORD, and DAMION )
MCCULLERS, )
                                               )
          Defendants.                  )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT
PREJUDICE the amended complaint [D.E. 7] and DENIES as moot plaintiffs' motion to file a
second amended complaint [D.E. 12] and motion for a TRO [D.E. 13]. The clerk shall close the
case.

This Judgment filed and entered on July 3, 2025, and copies to:
Michael Scott Davis           (via CM/ECF electronic notification)
Stetson Mansfield Webster    (via CM/ECF electronic notification)

July 3, 2025                                          Peter A. Moore, Jr.
                                                          _____
                                                          Clerk of Court


                                                          By: /s/ Stephanie Mann
                                                          _____
                                                          Deputy Clerk